No. 95–1391. DUNSTABLE-GROTON CORP., ASSIGNEE OF J & C HOMES, INC. *v.* GROTON PLANNING BOARD. App. Ct. Mass. Certiorari denied.

No. 95–1394. JIRICKO *v.* LAKIN & HERNDON ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1396. BROADWATER *v.* CORBETT, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1404. ZIOMEK *v.* CITY AND COUNTY OF SAN FRANCISCO. C. A. 9th Cir. Certiorari denied.

No. 95–1428. FLUEHR *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1446. CURTIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1447. JONES ET AL. *v.* CHEMETRON CORP. C. A. 3d Cir. Certiorari denied.

No. 95–1453. PUDLO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–1454. HERNANDEZ-VARGAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–1458. CELESTIAL CHURCH OF CHRIST, INC. *v.* CITY OF CHICAGO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–1481. CHAPA *v.* JIM WELLS COUNTY ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1485. BERTOLI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1504. MARCINEK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–6845. BELLRICHARD *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.